UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS J. OLSEN,

Plaintiff,

-v-

BEEWAKE CORP.,

Defendant.

18-CV-11974 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Thomas J. Olsen brings this action against Beewake Corp. ("Beewake"), alleging violations of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law.

This action was filed on December 19, 2018. (Dkt. No. 1.) The docket reflects that Olsen has not served Beewake. On May 9, 2019, the Court directed Olsen to advise the Court in writing why he has failed to serve the summons and complaint on Beewake, or, if Beewake has been served, when and in what manner such service was made. (Dkt. No. 7.) The Court warned Olsen that if no written communication was received by May 24, 2019, the Court would dismiss the case.

Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed. Rule 4(m) requires that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Accordingly, in light of Olsen's failure to serve Beewake and to respond to this Court's Order, this case is DISMISSED without prejudice. The Clerk is directed to close the case.

1

Olsen is directed to serve a copy of this order by mail on Beewake.

SO ORDERED.

Dated: June 14, 2019
      New York, New York

_____
              J. PAUL OETKEN
        United States District Judge